■ In the Matter of G & C Food Distributors & Brokers, Inc., as Tenant (290 Park Street Rear), Respondent, v John C. Gamage, Assessor, City of Syracuse, et al., Appellants. [869 NYS2d 847]

Present—Scudder, P.J., Martoche, Centra, Lunn and Gorski, JJ.